CH

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08CV1070
judge darrah
mag. judge cox

In the Matter of

Chirag Patel v. U.S. Citizenship and Immigration Services
Ruth Dorochoff, District Director of USCIS Chicago, Department of Homeland Security, Robert Devine, Secretary of the Department of Homeland Security, Federal Bureau of Investigation, Robert S. Mueller, III, Director of the Federal Bureau of Investigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHIRAG PATEL

FILED
J.N
FEB 21 2008
Feb 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> SAKINA CARBIDE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> LAW OFFICE OF SAKINA CARBIDE | |
| STREET ADDRESS <br> 2315 W. Devon Avenue, 2nd Floor, | |
| CITY/STATE/ZIP <br> Chicago, IL 60659 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL 6224620 | TELEPHONE NUMBER <br> 773 465 2378 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |