## United States District Court for the Northern District of Illinois

Case Number: 08cv1070

Assigned/Issued By: j. n.

Judge Name: darrah

Designated Magistrate Judge: cox

### FEE INFORMATION

*Amount Due:* ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 1116764

Date Payment Rec'd: 2-21-08   Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
(Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

6 Original and 6 copies on 2-21-08 as to us. attny; ruth
(Date)
dorochoff; robert s. mueller; fbi; attny general; robert devine

C:\wpwin80\docket\feeinfo.frm    03/14/05