

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1070 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Chirag Patel vs. U.S. Citizenship and Immigration Services, et. al. | | |

**DOCKET ENTRY TEXT**

Enter Order dismissing this case without prejudice. Status hearing set for 4/22/08 is vacated.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|