IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chirag Patel ) | |
| A 96 705 894 ) | |
|     Plaintiffs, ) | Civil Action No.08C 1070 |
| ) | |
| v. ) | |
| ) | |
| U.S.Citizenship and Immigration ) | |
| Services; ) | |
| Ruth Dorochoff, District Director ) | |
| of USCIS Chicago; ) | |
| Department of Homeland Security; ) | |
| Robert Devine, Secretary of the ) | |
| Department of Homeland Security; ) | |
| Federal Bureau of Investigation; ) | |
| Robert S Mueller, III, Director of ) | |
| the Federal Bureau of Investigation ) | |
| ) | |
|     Defendant. ) | |

### ORDER

This cause coming to be heard on status call, proper notice given, the Court advised in the premises, it is hereby ordered:

This matter is hereby dismissed without prejudice.

Agreed on behalf of the parties:

Sakina Carbide
Attorney for Plaintiff
2315 W. Devon Avenue
Second Floor
Chicago, IL 60659
773 465 2378
#33191

Sakina Carbide

Judge John W. Darrah   4/4/08